```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------x
UNITED STATES OF AMERICA,          :
                                   :    RESCHEDULING ORDER
v.                                 :
                                   :
FREDERICK PRIESTER,                :
                                   :    7:23-CR-00082 (PMH)
               Defendant.          :
-----------------------------------------------------x
```

PHILIP M. HALPERN, United States District Judge:

Due to a scheduling conflict, the sentencing scheduled for 2:30 p.m. on October 3, 2023 is rescheduled to 2:00 p.m. on the same day, October 3, 2023, in Courtroom 520.

SO-ORDERED:

Dated: White Plains, New York
       September 22, 2023

_____
Philip M. Halpern
United States District Judge